EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Flor de María Claudio de Vázquez | 2017 TSPR 139<br><br>198 DPR \_\_\_\_ |

Número del Caso: TS-3497


Fecha:   26 de julio de 2017


Programa de Educación Jurídica Continua:

        Lcdo. José Ignacio Campos Pérez


Materia: Inactivación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Flor de María Claudio de Vázquez      **Núm.** TS-3,497

RESOLUCIÓN

San Juan, Puerto Rico, a 26 de julio de 2017

Examinado el *Informe sobre incumplimiento con requisito de educación jurídica continua*, en el cual el Lcdo. José I. Campos Pérez -Director del Programa de Educación Jurídica Continua (PEJC)- nos solicita la inactivación de la Lcda. Flor M. Claudio de Vázquez de la abogacía, se provee ha lugar.

Se le ordena al Secretario del Tribunal a registrar el cambio de estatus a abogada inactiva en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA).

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo